15093

McJUNKIN v. MOODY ET AL.

(9 S. E. (2d), 209)

*Messrs. Mann & Mann,* for appellant,

*Mr. W. E. Findley,* for respondents,

May 29, 1940.

The opinion of the Court was delivered by MR. JUSTICE BAKER.

This Court being satisfied with the correctness of the concise and excellent order of Honorable L. D. Lide, presiding Judge, from which this appeal is taken, we adopt said order as the opinion of the Court, and direct that it be published herewith.

MR. CHIEF JUSTICE BONHAM and MESSRS. JUSTICES CARTER and FISHBURNE and MR. ACTING ASSOCIATE JUSTICE J. STROM THURMOND concur.